IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNIE WONG,

    Plaintiff,

vs.

HOME LOAN SERVICES, INC., et al.,

    Defendants.

No. 2:09-cv-0847 JAM KJN PS

ORDER

In this action, plaintiff Connie Wong ("Plaintiff") is proceeding without counsel, and the operative complaint is Plaintiff's Second Amended Complaint. (Dkt. No. 38.) Currently set for hearing on March 4, 2010 are respective motions to dismiss filed by defendants Home Loan Services, Inc. and First American Loanstar Trustee Services ("Defendants"). (Dkt. Nos. 39, 41, and 47.)

On February 10, 2010, Plaintiff filed a "Motion for Voluntary Dismissal & Motion to Cancel Hearing." (Dkt. No. 48.) Plaintiff requests that the court dismiss her complaint without prejudice and vacate the scheduled hearing on Defendants' motions to dismiss.

The court construes Plaintiff's motion for voluntary dismissal as a notice of voluntary dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which provides that "the plaintiff may dismiss an action without a court order by filing . . . (i) a notice of dismissal

1

before the opposing party serves either an answer or a motion for summary judgment. . . ." None of the defendants has yet filed an answer or motion for summary judgment in this action. Accordingly, this action is hereby dismissed without prejudice and all dates, including the previously set March 4, 2010 hearing on Defendants' motions to dismiss, are hereby vacated.

IT IS SO ORDERED.

DATED: February 16, 2010

                                    /s/ Kendall J. Newman
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE